[No. 15998-1-III.   Division Three.   June 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON R. WERNER, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 96-8-00197-6, John E. Bridges, J., entered July 25, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 16353-9-III.   Division Three.   June 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. R.H., JR., *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 96-1-00098-5, John E. Bridges, J., entered January 7, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16549-3-III.   Division Three.   June 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILIP J. HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 97-8-00049-5, David Edwards, J. Pro Tem., entered April 2, 1997. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 16870-1-III.   Division Three.   June 2, 1998.]

COWLES PUBLISHING COMPANY, *Respondent*, v. SPOKANE POLICE DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-03783-7, Salvatore F. Cozza, J., entered August 25, 1997. *Dismissed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J. Substitute opinion filed September 3, 1998, noted at 92 Wn. App. 1018.